### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil No. 5:18-cv-00040** |
| | § | |
| **DAN C. POWELL AND  LISA M.** | § | |
| **POWELL,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### UNITED STATES OF AMERICA'S COMPLAINT

Plaintiff, the United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the

direction of the Attorney General of the United States or his delegate, and at the request of the

Secretary of the Treasury or his delegate, files this complaint to (1) reduce to judgment unpaid

federal income tax liabilities of defendant Dan C. Powell for tax years 2008, 2009, 2010, 2011,

2012 and 2013 and unpaid federal income tax liabilities of Lisa M. Powell for tax years 2008,

2009, 2010 and 2012; (2) foreclose federal tax liens against, and sell property located in Bexar

County, Texas owned by the defendants; and (3) obtain, if appropriate, the 10% surcharge

available under subchapter B or C of the federal Collections Procedure Act.

### JURISDICTION AND VENUE

1.      This Court has jurisdiction of this action pursuant to 26 U.S.C. §§ 7402(a) and

7403(c) and 28 U.S.C. §§ 1340 and 1345.

1

2.      Venue lies with this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because

defendants reside, and the property that is the subject of this action is located, in Bexar County,

Texas.

### PARTIES

3.      Plaintiff is the United States of America ("the United States").

4.      Defendants Dan C. Powell and Lisa M. Powell, reside in Bexar County, Texas, and

may be served at their residence.

### COUNT I

### Joint and Several Tax Liabilities of Defendants For 2008, 2009, 2010, and 2012

5.      Dan C. Powell and Lisa M. Powell late filed original or amended joint federal

income tax returns for 2008, 2009, 2010 and 2012.

6.      A delegate of the Secretary of the Treasury jointly assessed against defendants

Don C. Powell and Lisa M. Powell income (Form 1040) taxes, penalties, interest, and statutory

additions on the dates and for the periods as follows:

| Tax Year | Date of Assessment | Income Tax | Penalty, Statutory Additions | Interest Assessed | Balance of Assessed and Unassessed on 09/04/2017 |
|---|---|---|---|---|---|
| 2008 | 03/21/2016 | 123,086.00 | 30,771.50 | 31,851.03 | $ 196,786.24 |
| 2009 | 03/21/2016 | 113,192.00 | 25,798.00 | 21,610.09 | $ 159,583.54 |
| 2010 | 03/21/2016 | 111,661.00 | 27,915.25 | 18,409.02 | $ 167,409.26 |
| 2012 | 01/17/2017 | 145,088.00 | 56,331.30 | 18,272.64 | $  39,775.15 |
|  | Total |  |  |  | $ 563,554.19 |

7.      Despite notice and demand for payment, as of September 4, 2017, Dan C. Powell

and Lisa M. Powell jointly and severally owe assessed taxes, penalties and interest of

$563,544.19, for tax years 2008, 2009, 2010 and 2012.

8.      Dan C. Powell and Lisa M. Powell jointly and severally owe accruing but

unassessed penalties and interest for 2008, 2009, 2010 and 2012, from the dates of assessments

until paid.

## COUNT II

### Separate Tax Liability of Dan C. Powell For 2011 and 2013

9.      Dan C. Powell failed to file federal income tax returns for 2011 and 2013.

10.     After an examination of both years, the Internal Revenue Service assessed Dan C.

Powell federal income tax liabilities, penalties and interest on January 16, 2017.

11.     The following chart reflects the amounts of assessed tax, interest and penalties as

of the dates noted.

| Tax Year | Date Assessed | Assessed Income Tax | Assessed Penalty, Statutory Additions | Interest Assessed | Total Unpaid Assessed Amount due as of 9/4/2017 | Total Unpaid Assessed and Accrued as of 9/4/2017 |
|---|---|---|---|---|---|---|
| 2011 | 01/16/2017 | 61,952.00 | 30,653.69 | 12,332.24 | 104,937.93 | $107,628.20 |
| 2013 | 01/16/2017 | 34,731.68 | 5,897.11 | 1,669.16 | 21,929.27 | $ 23,425.05 |
| | Total | | | | | $131,053.25 |

12.     Despite notice and demand for payment, as of September 4, 2017, Dan C. Powell

owes assessed and unassessed tax, penalty and interest of $131,053.25 for 2011 and 2013.

3

13.     Dan C. Powell also owes accruing but unassessed penalties and interest for 2011

and 2013 from the dates of the assessments until paid.

## COUNT III

### Enforcement of Tax Liens

14.     Defendants are the owners of certain real property located at 206 Yosemite Drive,

San Antonio, Texas ("the Property"), more specifically described as:

> Lot 10, Block 1, Hollywood Estates, Unit 5, City of Hollywood
> Park, an addition in Bexar County, Texas according to the map or
> plat thereof, recorded in Volume 3140, Page 174, Deed and Plat
> Records of Bexar County, Texas.

15.     At the time of each of the above described assessments, a federal tax lien arose,

pursuant to 26 U.S.C. § 6321, in the amount of the assessments plus accruing interest, penalties

and statutory additions; and attached to all property or rights to property then owned, or thereafter

acquired, by defendants Dan C. Powell and Lisa M. Powell.

16.     The United States recorded a Notice of Federal Tax Liens against defendants

Dan C. Powell and Lisa M. Powell pursuant to 26 U.S.C. § 6323 with respect to the above

described assessments for tax years 2008, 2009 and 2010 in the real property records of Bexar

County, Texas, on July 20, 2016.

17.     The United States recorded a Notice of Federal Tax Lien against defendant Dan C.

Powell pursuant to 26 U.S.C. § 6323 with respect to the above described assessments for tax years

2011, 2012 and 2013 in the real property records of Bexar County, Texas, on February 15, 2017.

18.      On information and belief, there are no other liens against the Property.

19.   On information and belief, the Property has a value of approximately $417,000.

20.   As the tax assessments remain unpaid, the United States is entitled to have the federal tax liens foreclosed against defendants Dan C. Powell's and Lisa M. Powell's interest in the real property described above.  Additionally, that real property should be ordered sold free and clear of any rights, titles, liens, claims, or interests of any of the parties to this action with the proceeds of the sale being paid first to the costs of the sale and then to the parties in the order of their priority of interest in the property.

## COUNT IV

### Federal Debt Collection Procedure Act

21.   28 U.S.C. § 3011 authorizes the United States to recover a surcharge of 10% of the amount of the debt in the event the United States avails itself of the pre-judgment or post judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 *et. seq.*, in order to cover the cost of processing and handling the litigation and enforcement under this chapter of the claim for such debt.

### PRAYER

For these reasons, the United States requests that:

a.   The Court enter a judgment for federal income taxes in favor of the United States and jointly and severally against Dan C. Powell and Lisa M. Powell, for tax periods ending in December 31, 2008, December 31, 2009, December 31, 2010 and December 31, 2012, in the assessed amount of $519,692.84, as of September 4, 2017,  plus prejudgment and post judgment interest on that amount

from September 4, 2017, at the rates set forth in 26 U.S.C. §§ 6601, 6621 and

28 U.S.C. § 1961 until paid;

b.     The Court enter a judgment for federal income taxes in favor of the United States

and against Dan C. Powell, for tax periods ending December 31, 2011, and

December 31, 2013, in the assessed amount of $126,867.20, as of September 4,

2017, plus prejudgment and post judgment interest on that amount from

September 4, 2017, at the rates set forth in 26 U.S.C. § § 6601, 6621 and

28 U.S.C. § 1961 until paid;

c.     Determine that the United States has valid and subsisting federal tax liens that

arose with the assessments described above, and attached to all of the property and

rights to property of defendants Dan C. Powell and Lisa M. Powell, including each

defendant's interest in the Property;

d.     Determine the priority of the interests of the parties in the Property;

e.     Order that the United States' federal tax liens be foreclosed upon the Property, that

the Property be sold free and clear of any rights, titles, liens, claims, or interests of

any of the parties to this action, and that the net proceeds of the sale be distributed

in the order of the priority of interest in the Property;

f.     Order that, if the amounts distributed to the United States from the net proceeds of

the sale of the Property are insufficient to satisfy fully the above-described tax

liabilities, the United States have judgment for the deficiency against defendants

Dan C. Powell and Lisa M. Powell; and

6

g.      Award the United States such other and further relief as this Court deems just and

proper, including judgment for an amount equal to its costs incurred in this action

and for any surcharge authorized by 28 U.S.C. § 3011.

> JOHN F. BASH
> United States Attorney
>
>
> /s/ Joseph A. Pitzinger, III
> JOSEPH A. PITZINGER, III
> Attorney, Tax Division
> State Bar No. 16055800
> Department of Justice
> 717 N. Harwood, Suite 400
> Dallas, Texas 75201
> (214) 880-9728
> (214) 880-9742 (FAX)
> Joseph.A.Pitzinger@USDOJ.gov
>
> ATTORNEYS FOR THE UNITED STATES

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
DAN C. POWELL AND LISA M. POWELL

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Bexar
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Attorney for U.S.:  Joseph A. Pitzinger, III, U.S. Dept. of Justice, Tax Division, 717 N. Harwood Street, Suite 400, Dallas, Texas 75201; (214) 880-972

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Section 7403.
Brief description of cause:
To reduce to judgment unpaid federal tax liabilities, foreclose and sale property and obtain 10% surcharge.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
01/12/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Joseph A. Pitzinger, III

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.